GAS 245D   Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Eugene Curtis | ) | |
| | ) | Case Number:  4:16CR00224-6 |
| | ) | USM Number:  21548-021 |
| | ) | Murdoch Walker |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from the unlawful use of a controlled substance (mandatory condition). | April 19, 2017 |
| 2 | The defendant failed to refrain from the unlawful use of a controlled substance (mandatory condition). | July 13, 2017 |
| 3 | The defendant failed to refrain from the unlawful use of a controlled substance (mandatory condition). | October 30, 2017 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 8823

Defendant's Year of Birth: 1966

City and State of Defendant's Residence:

Savannah, Georgia

December 28, 2017
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

JAN. 2, 2018
Date

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
1/2    20 18
Deputy Clerk

GAS 245D  Judgment in a Criminal Case for Revocations  Judgment — Page 2 of 2

DEFENDANT: Eugene Curtis
CASE NUMBER: 4:16CR00224-6

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>5 months.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant receive credit for time served since he was placed in federal custody on November 24, 2017.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL